**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Case Number 8:13MJ177** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DETENTION ORDER** |
| | ) | |
| | ) | |
| MANUEL VIDAL-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

A. **Order For Detention**

After the defendant  waived a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. **Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:

 X    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

 X    By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C. **Finding Of Fact**

The Court's findings are based on the evidence which was presented in court and that which was contained in the Pretrial Services Report, and includes the following:

 X    (1)  Nature and circumstances of the offense charged:

     X    (a)  The crime: <u>Reentry of a Removed Alien</u> is a serious crime and carries a maximum penalty of <u>2 years</u> imprisonment.

    ____  (b)  The offense is a crime of violence.

    ____  (c)  The offense involves a narcotic drug.

    ____  (d)  The offense involves a large amount of controlled substances, to wit:

_____

____  (2)  The weight of the evidence against the defendant is high.

 X    (3)  The history and characteristics of the defendant including:

    (a)  General Factors:

        ____The defendant appears to have a mental condition which may affect whether the defendant will appear.

        ____The defendant has no family ties in the area.

        ____The defendant has no steady employment.

        ____The defendant has no substantial financial resources.

        ____The defendant is not a long time resident of the community.

        ____The defendant does not have any significant community ties.

        ____Past conduct of the defendant: _____

DETENTION ORDER - Page 2

_____
_____The defendant has a history relating to drug abuse.
  X    The defendant has a history relating to alcohol abuse.
_____The defendant has a significant prior criminal record.
  X      The defendant has a prior record of failure to appear at
         court proceedings.
(b)   At the time of the current arrest, the defendant was on:
      _____Probation
      _____Parole
      _____Supervised Release
      _____Release pending trial, sentence, appeal or completion of
           sentence.
(c)   Other Factors:
        X      The defendant is an illegal alien and is subject to
               deportation.
      _____The defendant is a legal alien and will be subject to
           deportation if convicted.
        X      The Bureau of Immigration and Customs Enforcement
               (BICE) has placed a detainer with the U.S. Marshal.
        X      Other:   Prior removal in 2010._____
               _____
               _____

  X    (4)  The nature and seriousness of the danger posed by the defendant's
            release are as follows:
              Active warrant._____
            _____
            _____

**D.   Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

1.   The defendant be committed to the custody of the Attorney General for
     confinement in a corrections facility separate, to the extent practicable from
     persons awaiting or serving sentences or being held in custody pending
     appeal; and

2.   The defendant be afforded reasonable opportunity for private consultation
     with counsel; and

3.   That, on order of a court of the United States, or on request of an attorney
     for the government, the person in charge of the corrections facility in which
     the defendant is confined deliver the defendant to a United States Marshal
     for the purpose of an appearance in connection with a court proceeding.

DATED this 29th day of May, 2013.

BY THE COURT:

s/ F. A.  Gossett
United States Magistrate Judge